The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAZEN SHOPBELL, TIA ANDERSON, ANTHONY PAUL, NICOLE PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE; WENDY WILLETTE, *et al.*,<br><br>Defendants. | NO. 2:18-cv-1758<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO FILE AN OVER-LENGTH BRIEF** |

The Court is in receipt of Plaintiffs' Motion for Leave to File Over-length Brief. In it, Plaintiffs request permission to file "an extra 11 pages of briefing," or 35 pages. It is apparent from this request that Plaintiffs have not closely reviewed the Court's Standing Order for Civil Cases, Dkt. No. 25, which provides, among other things, that the page limit for briefs relating to a motion for summary judgment is 30 pages, not 24. Standing Order, §2.F.(1). (It is equally apparent that Defendants have also failed to closely review the Standing Order, as their opening brief includes a four-and-a-half-page Table of Authorities, which the Standing Order explicitly proscribes. *Id.* §2.A.).

More importantly, the Standing Order also provides that "Motions to exceed the page limitations will be granted only where the matter is one of extraordinary complexity." Standing Order, §2.A. Plaintiffs have failed to demonstrate they meet this standard. A 25-page complaint

ORDER DENYING PLAINTIFFS' MOTION
TO FILE AN OVER-LENGTH BRIEF - 1

hardly bespeaks extraordinary complexity, and Defendants' brief in support of their Motion is well *under* the page limitation, even including its Table of Authorities. Plaintiffs reference Defendants' "128 pages of briefing and evidence," but nothing—other than reason—limits the volume of either party's supporting documentation. Plaintiffs are welcome to file as many exhibits in support of their Opposition as they determine necessary. Their brief, however, shall be limited to 30 pages.[1] The Motion to File Over-length Brief is denied.

DATED this 15th day of March, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

---

[1] The parties should also note that per the Standing Order, Plaintiffs' Opposition is due March 21, not March 18; Defendants' Reply (page limit: 20) is due April 4.

ORDER DENYING PLAINTIFFS' MOTION
TO FILE AN OVER-LENGTH BRIEF - 2