HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAZEN SHOPBELL, et al.,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF FISH AND WILDLIFE; et al.,

Defendants.

Case No. 2:18-cv-01758-BJR

**STIPULATION FOR ORDER EXTENDING STAY**

WHEREAS on May 21, 2019, over Defendants' objection, this Court stayed "this litigation pending resolution of the August 2019 criminal trial" in Pierce County, "until September 19, 2019," and continued all discovery, trial, and pretrial dates until 120 days thereafter. Dkt. # 59, at 2.

WHEREAS the Pierce County criminal trial has since been rescheduled until November 12, 2019.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel, that this Court should extend its May 21, 2019, stay for 60 days, until November 18, 2019, as well as continue all discovery, trial, and pretrial dates for another 60 days.

DATED this 2nd day of October 2019.

GALANDA BROADMAN, PLLC

s/Gabriel S. Galanda
Gabriel S. Galanda, WSBA #30331

STIPULATION FOR ORDER EXTENDING STAY - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

s/Bree R. Black Horse

Bree R. Black Horse, WSBA #47803
Attorneys for Plaintiffs
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: gabe@galandabroadman.com
Email: bree@galandabroadman.com

ROBERT W. FERGUSON
ATTORNEY GENERAL OF WASHINGTON

s/Eric A. Mentzer

Eric A. Mentzer, WSBA # 21243
Attorneys for Defendants
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
Email: EricM@atg.wa.gov

STIPULATION FOR ORDER EXTENDING STAY - 2

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

**ORDER**

Having reviewed the foregoing stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that this Court's May 21, 2019, stay of this litigation is extended for 60 days, until November 18, 2019, and all discovery, trial, and pretrial dates are continued for another 60 days.

DATED this 7th day of October 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

GALANDA BROADMAN, PLLC

By:_____
Gabriel S. Galanda, WSBA #30331
Attorney for Plaintiffs
P.O. Box 15146
Seattle, WA 98115

STIPULATION FOR ORDER EXTENDING STAY - 3

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509