HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAZEN SHOPBELL, et al.,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF
FISH AND WILDLIFE; et al.,

Defendants.

Case No. 2:18-cv-01758-BJR

**STIPULATION AND SECOND ORDER EXTENDING STAY**

WHEREAS on May 21, 2019, over Defendants' objection, this Court stayed "this litigation pending resolution of the August 2019 criminal trial" in Pierce County, "until September 19, 2019," and continued all discovery, trial, and pretrial dates until 120 days thereafter. Dkt. # 59, at 2.

WHEREAS on October 7, 2019, upon the Parties' Stipulation, which recited Defendants' original objection, this Court stayed this litigation for another 60 days, until November 18, 2019, and continued all discovery, trial, and pretrial dates accordingly. Dkt. # 62, at 2; # 63.

WHEREAS the Pierce County criminal trial has since again been rescheduled, from November 12, 2019 to February 4, 2020.

IT IS HEREBY FURTHER STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel, that this Court should extend its original May 21, 2019, stay for another 90 days, until February 16, 2020, as well as continue all discovery, trial, and pretrial dates for another 90 days.

STIPULATION AND SECOND ORDER
EXTENDING STAY - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1 | DATED this 10th day of December 2019.

GALANDA BROADMAN, PLLC

s/Gabriel S. Galanda
Gabriel S. Galanda, WSBA #30331
Attorneys for Plaintiffs
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: gabe@galandabroadman.com
Email: bree@galandabroadman.com

ROBERT W. FERGUSON
ATTORNEY GENERAL OF WASHINGTON

s/Eric A. Mentzer
Eric A. Mentzer, WSBA # 21243
Attorneys for Defendants
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
Email: EricM@atg.wa.gov

STIPULATION AND SECOND ORDER
EXTENDING STAY - 2

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

# ORDER

Having reviewed the foregoing stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that this Court's May 21, 2019, stay of this litigation is further extended for another 90 days, until February 16, 2020, and all discovery, trial, and pretrial dates are continued for another 90 days.

DATED this 12th day of December 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

GALANDA BROADMAN, PLLC

By:_s/Gabriel S. Galanda_____
Gabriel S. Galanda, WSBA #30331
Attorney for Plaintiffs
P.O. Box 15146
Seattle, WA 98115

STIPULATION AND SECOND ORDER
EXTENDING STAY - 3

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509