HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAZEN SHOPBELL, TIA ANDERSON,
ANTHONY PAUL, NICOLE PAUL,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF
FISH AND WILDLIFE; WENDY WILLETTE,
*et al.*,

Defendants.

NO. 2:18-cv-1758

**ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR LEAVE
TO AMEND**

This matter came before the court on Plaintiffs' Unopposed Motion for Leave to Amend their Second Amended Complaint. Having read and considered the motion and the files and records herein, the Court GRANTS Plaintiffs' motion.

DATED this 29th day of September 2020.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO AMEND - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509